ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DEC 1 8 2007

CLERK, U.S. DISTRICT COURT
By _____
              Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:07-CR-321-M (01) |
| | ) | |
| MARIO FLORES GARFIAS, JR. | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

MARIO FLORES GARFIAS, JR., by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of guilty to Count(s) 1 - 4 of the Indictment.  After cautioning and examining  MARIO FLORES GARFIAS, JR. under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that MARIO FLORES GARFIAS, JR. be adjudged guilty and have sentence imposed accordingly.

Date:   December 18, 2007

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).